# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LANCE POUGH, | : | Case No. 2:21-cv-00880 |
| Plaintiff, | : | District Judge Michael H. Watson |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| MIKE DEWINE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time Pursuant to Rule 4(m) to Perfect Service on Defendants Thalheimer and Rauschenberg. For good cause shown, Plaintiff's Motion (Doc. 52) is **GRANTED**. Plaintiff shall have until June 21, 2022 to complete service on Trayce Thalheimer and Fritz Rauschenberg.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge