UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lance Pough,

    Plaintiff,

v.

Mike DeWine, *et al.*,

    Defendants.

Case No. 2:21-cv-880

Magistrate Judge Gentry

Judge Michael H. Watson

## ORDER

On July 5, 2022, Magistrate Judge Gentry issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiff's motion to strike certain of Defendants' affirmative defenses. R&R, ECF No. 62. The R&R notified the parties of their right to object to the recommendation contained therein and further notified the parties that a failure to timely object would result in a forfeiture of the right to de novo review by the Court as well as a forfeiture of the right to appeal the Court's decision adopting the R&R. *Id.* at 11–12. The time for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without further review and **GRANTS** Plaintiff's motion to strike, ECF No. 44.

The Clerk shall terminate ECF Nos. 44 and 62.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT