AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RECEIVED
2023 MAY 24 AM 8:07
US MARSHALS SERVICE

2023 JUN -8 PM 1:21

Lance Pough
_____
(Plaintiff)

v.

mike Dewine, et al
_____
(Defendant)

Civil Action No. 2:21-CV-880

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jeremy Pelzer, 302 E. Moler St., Columbus, Ohio 43207
(Name of person to whom this subpoena is directed)

☒ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: EX.A, EX.A1, regarding the articles and quotes within the articles as well as the content of EX.A, EX.A1 and the creation of it. See Ex. 188 Attach

| Place: PRT Court Reporting LLC  390 S. Washington Ave Columbus, Oh 43215 | Date and Time: 6-12-2023  10 AM |

The deposition will be recorded by this method: Stenographic, stenographer

☐ Production: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __22 May 2023__

CLERK OF COURT

_/s/ Bethany T. Russel_
Signature of Clerk or Deputy

The name, address, e-mail address, and telephone number of the attorney representing (name of party) Lance Pough, 653422, PO BOX 788, Mansfield, OH 44901, who issues or requests this subpoena, are:
Lance Pough, 653422, PO Box 788, Mansfield, Ohio 44901

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:21-cv-880

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JEREMY PELZER
on *(date)* 6/6/2023 .

☑ I served the subpoena by delivering a copy to the named individual as follows: JEREMY PELZER

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/6/2023

JL Bell
*Server's signature*

JOHN BARCO II
*Printed name and title*

85 MARCONI BLVD COLUMBUS, OH 43215
*Server's address*

Additional information regarding attempted service, etc.:

Mansfield Correctional Institution
1150 North Main Street
P.O. Box 788
Mansfield, Ohio 44901

ManCI Inmate Personal Fund
Richland Bank
3 North Main Street
P.O. Box 355
Mansfield, Ohio 44901

**96146**

05/15/2023

** Sixty One and 00/100 Dollars **

PAY
TO THE ORDER OF
JEREMY PELZER

$61.00

VOID AFTER 90 DAYS

POUGH 653-422

⑈96146⑈ ⑆041201512⑆ 0515293780⑈

United States Marshals Service-Dayton turned check over to

JEREMY PELZER on 6/6/2023.

Received By Jeremy Pelzer
Print Name            Sign Name            6/6/23
                                           Date