UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

LANCE POUGH,
    Plaintiff

Vs

MIKE DEWINE, et al
    Defendants

Case No.2:21-cv-880

Magistrate Judge Gentry

Judge Michael Watson

MOTION REQUESTING THE US MARSHALS TO SERVE THE SUBPOENA:

*Lance Pough*

Lance Pough, A653-422
PO BOX 788
Mansfield, Ohio 44901

Date: June 14, 2023

    Now comes the plaintiff Lance Pough herein requesting this honorable court to order service of this subpoena by the US Marshals at the public expense. The plaintiff prays that this requested is granted. The plaintiff is indigent and cannot afford the service fees.

*Lance Pough* (signature)

Lance Pough, A653422

PO BOX 788

Mansfield, Ohio 44901

Date: June 14, 2023

2.

PROOF OF SERVICE

I, *Lance Pough*, swear under the penalty of perjury that a copy of the instant motion was placed in a prison mailbox on June 14, 2023 for mailing purposes, First Class US Mail, to the following parties:

US DISTRICT COURT

Magistrate Judge Gentry

200 W. Second St., rm 712

Dayton, Ohio 45402

MR. George Horvath, Snr. Assit. Atty Gen.

30 E. Broad St., 23rd Floor

Columbus, Ohio 43215

For defendants-Thalheimer, Houk, Kovach, Reveal, and Rauschenberg

Jeremy Pelzer

302 E. Moler St.

Columbus, Ohio 43207

Date: June 14, 2023

Lance Pough, A653422

Plaintiff

Lance Bosh
653422
P.O. Box 788
Mansfield, OH 44901

US District Court
200 W. Second St. Rm 712
Dayton, OH 45402

INMATE OF
MANSFIELD CORRECTIONAL
INSTITUTION


