IN THE US DISTRICT COURT 2023 SEP 25 PM 1:03
FOR THE SOUTHERN DISTRICT OF OHIO
SOUTHEASTERN DIVISION

LANCE POUGH,
    Plaintiff

Case No. 2:21-cv-880

Vs

Magistrate Judge Gentry
Judge Michael Watson

(Mike Dewine, et al)
KOVACH, et al,
    Defendants

## AMENDED
## MOTION FOR SUBPOENA DUCES TECUM

    Now comes the Plaintiff Lance Pough herein requesting this honorable court to issue an order to the US Marshals to serve a subpoena on the following person Shirley Smith, non party, whereas Smith possesses documents that are relevant to Plaintiff claims within the complaint and attachments. A memorandum follows.

*Lance Pough*
Lance Pough, A653-422
PO BOX 788
Mansfield, OH 44901

Date: 9-14-2023

The Plaintiff Pough herein requests this honorable court to serve the instant Amended Motion For Subpoena Duces Tecum to the following non party Shirley Smith whereas this court already granted the subpoena duces tecum for Shirley Smith to provide plainittff with the requested documents whereas they are relevant to Plaintiff's complaint, the theory within the complaint and claims in the complaint. The plaintiff amended the instant subpoena duces tecum with the correct place, and the correct date and time. Plaintiff asserts that these named sections were incorrect when the original subpoena duces tecum was sent to this court for Shirley Smith in or around September or October of 2022. The plaintiff prays that this court issue the Subpoena Duces tecum to Shirley Smith and or have the US Marshals serve the subpoena duces on/to Shirley Smith by certified mail at the address named. The plaintiff requests the following documents be provided by non party Shirley Smith which are in her possession:

1) any document(s), emails, text messages, interview notes, interview transcripts, electronically stored documents relating to or referring to (your) her Jan. 2019 [redacted] media blast describing problems with the Ohio parole Board, it's operations, board members and ex board members misconduct, etc as reflected in Ex.A, Ex.A1, and Ex.B attached to the complaint, and attached to this subpoena duces tecum.

2) any email(s) that you/Shirley Smith sent out to the media as a media blast in [redacted] Jan. 2019 describing the misconduct within Ohio Parole Board's operations, misconduct by ex board members and current members, what needed to be changed etc. as described in Ex.A, Ex.A1, Ex.B attached

3) any emails, texts, text messages, interviews requests, from media personsonel, journalists, media outlets, ODRC officials responding to your Jan. 2019 [redacted] media blast as detailed in Ex.A, Ex.A1, and Ex.B attached

4) any emails, text messages, texts, or written correspondence between you and ODRC officials, and Annette Chambers- Smith in or around Jan 2019-June of 2019 [redacted] June of 2019 detailing what needed to be changed within the Ohio Parole Board, it's members etc and also any other complaints you had/have related to the Ohio parole board and it's members.

1/ This court in the March 30, 2023 order and decision granted the plaintiff's subpoena duces Tecum.

2.

3.

    The plaintiff requests an order from this honorable court to the US Marshals ordering them to serve the instant subpoena duces tecum on non party Shirley Smith on her at -13901 Woodworth Road, Cleveland,Ohio 44112 .the plaintiff prays that this honorable court grants him the instant requests within the motion whereas the requested documents are relevant to the claims and theory in the complaint.

Date: 9-14-2023

*Lance Pough*
Lance Pough, A653-422
PO Box 788
Mansfield, OH
44901

Certificate of Service

I, Lance Pough, swear under the penalty of perjury that a copy of the instant motion as well as the subpoena form, was placed in a prison mailbox on 9-14-2023 for mailing purposes, first class, US Mail, to the following parties:

George Horvath, Snr. Assist. Atty General
30 E. Broad St., 23rd Floor
Columbus, Ohio 43215
Atty for defendants Reveal, Houk, Kovach, Rauschenberg, Thalheimer

ODRC
4545 Fisher Rd
Columbus, Oh
43228

Trayce Thalheimer
509 Deptford Ave
Dayton, Ohio 45429
Defendant

Shirley Smith
13901 Woodworth Road
Cleveland, Ohio 44112

US District Court
200 W. Second St., Rm 712

Magistrate Judge Gentry
Dayton, Oh 45402

Lance Pough
Lance Pough, A653422
PO BOX 788
Mansfield, Ohio
44901
Plaintiff

Date: 9-14-2023

4.